```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03345
   JASON A BOTTS
   PUCK MICHELLE DAWN BOTTS                     CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-8704     SSN XXX-XX-1589
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/30/06 and confirmed on 06/14/06.

   2.  The case was converted to Chapter 7 after confirmation, 01/18/2007.

   3.  The Debtor paid a total of $    750.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | UNSECURED | .00 | .00 | .00 |
| M & I MARSHALL & IISLEY | UNSECURED | 1161.20 | .00 | .00 |
| SNAP ON CREDIT | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| ILL STATE DISBURSEMENT U | CHILD SUPPORT | 2275.13 | .00 | .00 |
| WILL COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 947.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 389.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1121.40 | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| BARRY GREENBERG | UNSECURED | NOT FILED | .00 | .00 |
| LINDA LEE STINAUER | UNSECURED | 2987.50 | .00 | .00 |
| NICOR GAS | UNSECURED | 1081.49 | .00 | .00 |
| OXFORD MGMT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| WEIRD & WILD CREATURES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILL COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH CREDIT UNIO | UNSECURED | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 905.03 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED            .00        2275.13       8592.77            .00      10867.90
PRINCIPAL PAID                .00             .00           .00            .00           .00
INTEREST PAID                 .00             .00           .00            .00           .00
TOTAL PAID                    .00             .00           .00            .00           .00
```
The Debtor's attorney, JOHN C DENT                      , was allowed $    3000.00
and was paid $    350.00   direct and $    735.25   through the plan.

The Trustee received $      14.75 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/16/07                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE